| | |
|---|---|
| Case No.: 14-14063  FMD  Judge: Caryl E. Delano | Trustee Name: DIANE L. JENSEN |
| Case Name: SPECHT, TIMOTHY P. | Date Filed (f) or Converted (c): 12/02/14 (f) |
| SPECHT, KIMBERLY D. | 341(a) Meeting Date: 01/14/15 |
| For Period Ending: 03/31/16  (2nd reporting period for this case) | Claims Bar Date: 04/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH  Cash | 200.00 | 200.00 | | 200.00 | FA |
| 2. CHECKING (9950)  Checking (9950) | 148.87 | 0.00 | | 0.00 | FA |
| 3. SAVINGS (9900)  Savings (9900) | 107.51 | 0.00 | | 0.00 | FA |
| 4. CHECKING (5657)  Checking (5657) | 72.17 | 72.17 | | 72.17 | FA |
| 5. SAVINGS (9400)  Savings (9400) | 5,778.11 | 0.00 | | 0.00 | FA |
| 6. WASHER; DRYER; 15 POTS/PANS/UTENSILS; KITCHEN TABL  Washer; Dryer; 15 Pots/Pans/Utensils; Kitchen Table w/ 6 Chairs; 2 Hutches; 2 Couches; Loveseat; 2 Living Room Chairs; Recliner; 2 Living Room Tables; 2 Living Room Lamps; 4 Beds; 3 Dressers; 2 Nightstands; 3 Bedroom Lamps; 3 Televisions; Patio Furniture | 1,400.00 | 2,085.00 | | 2,085.00 | FA |
| 7. MISC. PICTURES & DECORATIONS  Misc. Pictures & Decorations | 50.00 | 55.00 | | 55.00 | FA |
| 8. CLOTHING  Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 9. DIAMOND & GOLD BRACELET; DROP DIAMOND EARRINGS; GO  Diamond & Gold Bracelet; Drop Diamond Earrings; Gold & Diamond Earrings; Blue Topaz Pendant & Earrings; Engagement Ring; Wedding Bands; Bracelet | 1,900.00 | 1,147.00 | | 1,147.00 | FA |
| 10. TERM LIFE INSURANCE POLICY  Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 11. 100% OF FAIRVIEW HIGHLAND, LLC (INACTIVE) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Case No:  14-14063  FMD  Judge: Caryl E. Delano  Trustee Name:  DIANE L. JENSEN
Case Name:  SPECHT, TIMOTHY P.  Date Filed (f) or Converted (c):  12/02/14 (f)
SPECHT, KIMBERLY D.  341(a) Meeting Date:  01/14/15
Claims Bar Date:  04/20/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 100% of Fairview Highland, LLC (inactive) | | | | | |
| 12. MONEY OWED BY RICHARD J. MARIANI FOR CHARGES ON AM | 43,000.00 | 43,000.00 | | 0.00 | FA |
| Money owed by Richard J. Mariani for Charges on American Express Card | | | | | |
| 13. 2-20 INSURANCE LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 2-20 Insurance License | | | | | |
| 14. 2004 INFINITY QX56 (153,000 MILES) | 6,725.00 | 4,370.00 | | 4,171.80 | 198.20 |
| 2004 Infinity QX56 (153,000 miles) | | | | | |
| 15. 2006 HONDA ACCORD (33,000 MILES) | 7,925.00 | 2,000.00 | | 2,000.00 | FA |
| 2006 Honda Accord (33,000 miles) | | | | | |
| 16. 2 DOGS | 20.00 | 0.00 | | 0.00 | FA |
| 2 Dogs | | | | | |
| 17. PIANO | 200.00 | 0.00 | | 0.00 | FA |
| Piano | | | | | |
| 18. TAX REFUND 2014 (u) | 0.00 | 1,910.14 | | 1,910.14 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $67,676.66  $54,839.31  $11,641.11  $198.20

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor paid estate's portion of tax refund; April 30, 2015 (SH)  Debtor(s) repurchasing non-exempt assets.  Last payment due 4/9/2016; March 02, 2015 (SH)

dictated stip to repurchase starting 3-09-15(14) and 336/365 of TR (owes IRS though)February 23, 2015, 01:48 pm dictated

LFORM1  Ver: 19.06

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | | | |
|---|---|---|---|
| Case No: | 14-14063    FMD    Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
| Case Name: | SPECHT, TIMOTHY P. | Date Filed (f) or Converted (c): | 12/02/14 (f) |
| | SPECHT, KIMBERLY D. | 341(a) Meeting Date: | 01/14/15 |
| | | Claims Bar Date: | 04/20/15 |

L with Kelley appraisalFebruary 12, 2015, 03:21 pm O/E and Joy LJanuary 14, 2015, 04:00 pm

Initial Projected Date of Final Report (TFR): 02/09/17    Current Projected Date of Final Report (TFR): 02/09/17

LFORM1

Ver: 19.06

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-14063 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | SPECHT, TIMOTHY P. | Bank Name: | Bank of Kansas City |
|  | SPECHT, KIMBERLY D. | Account Number / CD #: | *******1638  Checking Account |
| Taxpayer ID No: | *******4623 |  |  |
| For Period Ending: | 03/31/16 | Blanket Bond (per case limit): | $ 40,084,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 03/03/15 | 4, 6 | Timothy Specht #2982 | REPURCHASE<br>Order Doc #28 | 1129-000 | 744.69 |  | 744.69 |
| 03/24/15 | 001001 | READ and KELLEY ESTATE SERVICES LLC<br>ATTN: JOY AUGUSTINE<br>P. O. Box 3111<br>North Fort Myers, FL 33918 | APPRAISAL FEE<br>per order 2/17/15; #21<br>invoice 9374 | 3711-000 |  | 192.00 | 552.69 |
| 04/02/15 | 1, 6 | Timothy Specht #1183 | REPURCHASE<br>Order Doc #28 | 1129-000 | 744.69 |  | 1,297.38 |
| 04/30/15 | 6, 7 | Timothy Specht #1187 | REPURCHASE<br>Order Doc #28 | 1129-000 | 744.69 |  | 2,042.07 |
| 04/30/15 | 18 | Timothy Specht #1186 | TAX REFUND<br>Order Doc #28 | 1224-000 | 1,910.14 |  | 3,952.21 |
| 04/30/15 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 10.00 | 3,942.21 |
| 05/29/15 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 10.00 | 3,932.21 |
| 06/05/15 | 9 | Timothy Specht #1189 | REPURCHASE<br>Order Doc #28 | 1129-000 | 744.69 |  | 4,676.90 |
| 06/30/15 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,666.90 |
| 07/06/15 | 9, 14 | Timothy Specht #3001 | REPURCHASE<br>Order Doc #28 | 1129-000 | 744.69 |  | 5,411.59 |
| 07/31/15 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,401.59 |
| 08/07/15 | 15 | Timothy SPecht #1197 | REPURCHASE<br>Order Doc #28 | 1129-000 | 744.69 |  | 6,146.28 |
| 08/31/15 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 10.00 | 6,136.28 |
| 09/08/15 | 15 | TIMOTHY SPECHT #3007 | REPURCHASE<br>Order Doc #28 | 1129-000 | 744.69 |  | 6,880.97 |
| 09/30/15 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 10.00 | 6,870.97 |
| 10/09/15 | 14 | TIMOTHY SPECHT #3013 | REPURCHASE<br>Order Doc #28 | 1129-000 | 744.69 |  | 7,615.66 |

Page Subtotals     7,867.66     252.00

LFORM24

Ver: 19.06

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-14063 -FMD | | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|---|
| Case Name: | SPECHT, TIMOTHY P. | | Bank Name: | Bank of Kansas City |
| | SPECHT, KIMBERLY D. | | Account Number / CD #: | *******1638 Checking Account |
| Taxpayer ID No: | *******4623 | | | |
| For Period Ending: | 03/31/16 | | Blanket Bond (per case limit): | $ 40,084,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.81 | 7,604.85 |
| * 11/12/15 | 14 | Timothy Specht #3017 | REPURCHASE Order Doc #28 | 1129-003 | 744.69 | | 8,349.54 |
| * 11/18/15 | 14 | Timothy Specht #3017 | REPURCHASE returned NSF | 1129-003 | -744.69 | | 7,604.85 |
| 11/18/15 | 14 | TIMOTHY SPECHT #3022 | REPURCHASE Order Doc #28 | 1129-000 | 794.69 | | 8,399.54 |
| 11/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 11.26 | 8,388.28 |
| 12/10/15 | 14 | Timothy Specht #3025 | Order Doc #28 | 1129-000 | 744.69 | | 9,132.97 |
| 12/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 13.10 | 9,119.87 |
| 01/14/16 | 14 | TIMOTHY SPECHT #3027 | REPURCHASE Order Doc #28 | 1129-000 | 744.69 | | 9,864.56 |
| 01/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 13.97 | 9,850.59 |
| 02/04/16 | 6, 14 | TIMOTHY SPECHT #3032 | REPURCHASE Order Doc #28 | 1129-000 | 744.69 | | 10,595.28 |
| 02/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 14.43 | 10,580.85 |
| 03/07/16 | 14, 15 | Timothy Specht #3040 | REPURCHASE Order Doc #28 | 1129-000 | 744.69 | | 11,325.54 |
| 03/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 16.46 | 11,309.08 |

|  | COLUMN TOTALS | 11,641.11 | 332.03 | 11,309.08 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 11,641.11 | 332.03 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 11,641.11 | 332.03 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1638 | 11,641.11 | 332.03 | 11,309.08 |
| | 11,641.11 | 332.03 | 11,309.08 |
| Page Subtotals | 3,773.45 | 80.03 | |

Ver: 19.06

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 14-14063 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | SPECHT, TIMOTHY P. | Bank Name: | Bank of Kansas City |
| | SPECHT, KIMBERLY D. | Account Number / CD #: | *******1638  Checking Account |
| Taxpayer ID No: | *******4623 | | |
| For Period Ending: | 03/31/16 | Blanket Bond (per case limit): | $ 40,084,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 19.06

LFORM24