IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA,
FORT MYERS DIVISION

In the Matter of:

SPECHT, TIMOTHY P.
SPECHT, KIMBERLY D.

CASE No. 9-14-bk-14063-FMD
Chapter 7

Debtor(s)/

## TRUSTEE'S REPORT OF SALE

Comes now, DIANE L. JENSEN, Trustee in Bankruptcy of the above case, and states that she sold the following at private sale to the above-named Debtor(s):

| Description of Property | Net Sale Amt |
|---|---|
| See column 4 in attached Asset Worksheet; equity in non-exempt portion of Asset numbers 1, 4, 6, 7, 9, 14, 15 and 18 | $12,385.80 |
|  |  |
|  |  |

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronic notice upon all parties registered with the Electronic Case Filing System, this June 21, 2016.

/s/ DIANE L. JENSEN            .
Diane L. Jensen, Trustee
P. O. Drawer 1507
Fort Myers, FL  33902
(239) 339-2293
(239) 332-2243-fax

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

**Case Number:** 14-14063

**Case Name:** SPECHT, TIMOTHY P. / SPECHT, KIMBERLY D.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled Property) | Sequence Code | Petition Value | Asset Number | Adjusted Value Determined by Trustee | Allowed Exemptions | Amount of Secured Liens | Value Determined by Trustee Less Liens and Exemptions | Sales / Funds Received by the Estate | Balance to be Received by the Estate | Aban-doned |
| TAX REFUND 2014 |  | 0.00 | 18 | 1,910.14 |  |  | 1,910.14 | 1,910.14 |  | FA |
| CASH | B-1 | 200.00 | 1 | 200.00 |  |  | 200.00 | 200.00 |  | FA |
| CHECKING (9950) | B-2 | 148.87 | 2 | 148.87 | 148.87 |  | 0.00 |  |  | FA |
| SAVINGS (9900) | B-2 | 107.51 | 3 | 107.51 | 107.51 |  | 0.00 |  |  | FA |
| CHECKING (5657) | B-2 | 72.17 | 4 | 72.17 |  |  | 72.17 | 72.17 |  | FA |
| SAVINGS (9400) | B-2 | 5,778.11 | 5 | 5,778.11 | 5,778.11 |  | 0.00 |  |  | FA |
| WASHER; DRYER; 15 | B-4 | 1,400.00 | 6 | 3,485.00 | 1,400.00 |  | 2,085.00 | 2,085.00 |  | FA |
| MISC. PICTURES & DECORATIONS | B-5 | 50.00 | 7 | 105.00 | 50.00 |  | 55.00 | 55.00 |  | FA |
| CLOTHING | B-6 | 150.00 | 8 | 150.00 | 150.00 |  | 0.00 |  |  | FA |
| DIAMOND & GOLD BRACELET; DROP | B-7 | 1,900.00 | 9 | 3,047.00 | 1,900.00 |  | 1,147.00 | 1,147.00 |  | FA |
| TERM LIFE INSURANCE POLICY | B-9 | 0.00 | 10 | 0.00 |  |  | 0.00 |  |  | FA |
| 100% OF FAIRVIEW HIGHLAND, LLC | B-13 | 0.00 | 11 | 0.00 |  |  | 0.00 |  |  | FA |
| MONEY OWED BY RICHARD J. MARIANI | B-16 | 43,000.00 | 12 | 43,000.00 |  |  | 43,000.00 |  |  | FA |
| 2-20 INSURANCE LICENSE | B-23 | 0.00 | 13 | 0.00 |  |  | 0.00 |  |  | FA |
| 2004 INFINITY QX56 (153,000 MILES) | B-25 | 6,725.00 | 14 | 6,725.00 | 2,355.00 |  | 4,370.00 | 4,916.49 |  | FA |
| 2006 HONDA ACCORD (33,000 MILES) | B-25 | 7,925.00 | 15 | 7,925.00 | 5,925.00 |  | 2,000.00 | 2,000.00 |  | FA |
| 2 DOGS | B-31 | 20.00 | 16 | 20.00 | 20.00 |  | 0.00 |  |  | FA |
| PIANO | B-35 | 200.00 | 17 | 200.00 | 200.00 |  | 0.00 |  |  | FA |
| **Totals** |  | **67,676.66** |  | **72,873.80** | **18,034.49** | **0.00** | **54,839.31** | **12,385.80** | **0.00** |  |